*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**COZEN O'CONNOR**

February 22, 2023

**Laura B. Dowgin**
Direct Phone    212-453-3775
Direct Fax       646-461-2087
ldowgin@cozen.com

**VIA ECF**

Application **granted in part**. The initial pretrial conference scheduled for March 1, 2023, is adjourned to **March 8, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **March 1, 2023, at 12:00 P.M.**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dated: February 23, 2023
       New York, New York

Re:   Ohio Security Insurance Company v. Hiscox Insurance Company, Inc., Case No. 1:22-cv-10770-LGS: Request to Adjourn Initial Conference

Dear Judge Schofield:

Pursuant to the Court's Individual Rule I.B.2, Defendant Hiscox Insurance Company, Inc. ("Hiscox") respectfully submits this letter requesting an adjournment of the Initial Conference currently scheduled to take place on March 1, 2023 at 4:00 p.m. *See* Order dated January 4, 2023 (Doc. No. 8). Hiscox requests that the Initial Conference be rescheduled at the Court's convenience to a date after March 17, 2023, which is Hiscox's deadline to respond to the Complaint. There has been no previous request to adjourn the Initial Conference, although the parties have stipulated to extend Hiscox's time to respond to the complaint two times.

This lawsuit was filed by Ohio Security Insurance Company ("Ohio Security") against Hiscox on December 21, 2022. The Initial Conference was scheduled by the Court on January 4, 2023, and Hiscox was served via the New York Department of Financial Services on January 11, 2023. I appeared as counsel for Hiscox on January 23, 2023.

Since my firm was retained by Hiscox, we have been engaged in conversations with Ohio Security's counsel regarding the merits of the case, the issues involved, and potentially reaching an early resolution. This is the reason the parties have stipulated to extend Hiscox's time to respond on two occasions. As of today's date, these conversations are still ongoing.

Hiscox respectfully requests that the Court adjourn the Initial Conference in the interests of judicial economy and in order to give the parties sufficient time to determine whether the issues in this case may be narrowed and/or whether a settlement may be reached.

I have discussed this adjournment request with counsel for Ohio Security. Counsel has indicated that he consents to this request.

Sincerely,

*[Signature]*

Laura B. Dowgin

3 WTC    175 Greenwich Street    55th Floor    New York, NY 10007
212.509.9400    800.437.7040    212.509.9492 Fax    cozen.com