UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
OHIO SECURITY INSURANCE COMPANY,

                       Plaintiff,

   - against-

HISCOX INSURANCE COMPANY INC.,

                       Defendant.
---------------------------------X

Case No.: 1:22-cv-10770-LGS

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Ohio Security Insurance Company and Defendant Hiscox Insurance Company Inc., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: New York, New York
       July 20, 2023

JAFFE & ASHER LLP

By: _____
Marshall T. Potashner, Esq.
445 Hamilton Avenue, Suite 405
White Plains, New York 10601
T: 646-313-2541
mpotashner@jaffeandasher.com
*Attorneys for Plaintiff*
*Ohio Security Insurance Company*

COZEN O'CONNOR

By: _____
Laura Dowgin, Esq.
3 WTC
175 Greenwich Street, 55th Floor
New York, New York 10007
T: (212) 453-3775
ldowgin@cozen.com
*Attorneys for Defendant*
*Hiscox Insurance Company Inc.*

So Ordered. Plaintiff's request to reopen the case is **denied as moot**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 32.

Dated: July 25, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**